UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ImmerVision, Inc. <br><br> *Plaintiff,* <br><br> v. <br><br> Apple Inc. <br><br> *Defendant.* | Civil Action No. _____ <br><br> JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff ImmerVision, Inc. ("ImmerVision"), by and through its undersigned counsel, files this Complaint against Defendant Apple Inc. ("Apple" or "Defendant"), and alleges as follows:

## NATURE OF ACTION

1. This is an action for patent infringement against Defendant for its infringement of U.S. Patent No. 12,259,525 ("the '525 Patent" or "the Asserted Patent").

## PARTIES

2. Plaintiff ImmerVision is a Canadian corporation having a principal place of business at 2020 Robert-Bourassa Boulevard, Suite 2320, Montreal, Quebec H3A 2A5, Canada.

3. On information and belief, Defendant Apple is a California corporation, with a regular and established place of business at 125 Christiana Mall, Newark, DE 19702.

## JURISDICTION AND VENUE

4. This action arises under the United States Patent Act, codified at 35 U.S.C. § 1 *et seq.*, and in particular, 35 U.S.C. §§ 271 and 281-285.

5. This Court has original jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331 and 1338(a).

6. This Court has personal jurisdiction over Apple because, on information and belief, Apple has committed acts of infringement in and from this Judicial District and continues to commit acts of infringement in and from this Judicial District.

7. Venue in this District is proper over Apple under 28 U.S.C. § 1400(b) because, on information and belief, Apple has committed acts of infringement and has a regular and established place of business in this District.

## FACTS

8. On March 28, 2023, on behalf of Jocelyn Parent, Simon Thibault, Patrice Roulet, Hu Zhang, Pascale Nini, and Pierre Konen ("the Inventors"), ImmerVision filed U.S. Patent Application No. 18/127,265 ("the '265 Application") entitled "Miniature Wide-Angle Imaging Lens."

9. The Inventors assigned their interest in and to the '265 Application to ImmerVision.

10. The '265 Application published as U.S. Patent Application No. 2023/0236391 ("the '391 Publication") on July 27, 2023.

11. ImmerVision notified Apple of the '391 Publication on August 18, 2023.

12. On March 25, 2025, the '525 Patent was issued by the PTO based on the '265 Application.

13. The claims of the issued '525 Patent are substantially identical to those in the '391 Publication.

14. The '525 Patent is valid and enforceable.

15. The term of the '525 Patent will expire on or about December 20, 2036.

16. Plaintiff ImmerVision possesses all rights of recovery under the '525 Patent, including the right to sue for infringement, recourse for damages, and to seek injunctive relief.

17. Upon information and belief, for all times relevant to this Complaint, Defendant has been making, using, selling, or offering to sell products covered by at least claim 7 of the '525 Patent. By way of example, these products include, but are not limited to, the Apple iPhone 11, 11 Pro, 11 Pro Max, 12, 12 Mini, 12 Pro, 12 Pro Max, 13, 13 Mini, 14, 14 Plus, 15, and 15 Plus smartphones ("the Accused Products").

## COUNT I – INFRINGEMENT OF THE '525 PATENT

18. Plaintiff ImmerVision realleges and incorporates by reference paragraphs 1 through 17 of this Complaint as if fully set forth herein.

19. The claims of the '525 Patent are presumed valid pursuant to 35 U.S.C. § 282.

20. Upon information and belief, the iPhone series 11, 11 Pro, 11 Pro Max, 12, 12 Mini, 12 Pro, 12 Pro Max, 13, 13 Mini, 14, 14 Plus, 15, and 15 Plus all contain the same ultra wide lens design.

21. Upon information and belief, Defendant has been and is currently infringing at least claim 7 of the '525 Patent, either literally or under the doctrine of equivalents, by making, causing to be made, using, selling, offering to sell, and/or importing into the United States, without license or authority, at least the Accused Products. The iPhone 11, 11 Pro, 11 Pro Max, 12, 12 Mini, 12 Pro, 12 Pro Max, 13, 13 Mini, 14, 14 Plus, 15, and 15 Plus infringe claim 7 of the '525 Patent as shown in Exhibit A.

22. As a result of Defendant's infringement of claim 1 of the '525 Patent, Plaintiff ImmerVision has been damaged to an extent not yet determined.

23. Plaintiff ImmerVision is entitled to monetary damages adequate to compensate it for infringement by Defendant of the '525 Patent, together with interest, costs, and attorneys' fees.

## JURY DEMAND

24. Plaintiff hereby demands a jury trial on all issues triable by jury.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff ImmerVision prays for judgment in its favor and against Defendant Apple Inc. for the following:

(a) A judgment that Defendant has infringed the '525 Patent;

(b) An award to Plaintiff ImmerVision of damages that are adequate to fully compensate it for Defendant's infringement of the '525 Patent from July 27, 2023, through the expiration of the '525 Patent, together with prejudgment interest and costs;

(c) A permanent injunction enjoining Defendant and those in active concert or participation with Defendant from infringing the '525 Patent;

(d) A finding that this case is exceptional and award Plaintiff ImmerVision reasonable attorneys' fees in this action; and

(e) An award of such other and further relief, at law or in equity, as the Court may deem just and proper.

Dated: <u>March 25, 2025</u>

OF COUNSEL:

Philip L. Hirschhorn (to be admitted *pro hac vice*)
Panitch Schwarze Belisario & Nadel LLP
Two Commerce Square
2001 Market Street, Suite 2800
Philadelphia, PA 19103-7044
phirschhorn@panitchlaw.com

**PANITCH SCHWARZE BELISARIO & NADEL, LLP**

By: */s/ John D. Simmons*
John D. Simmons (Bar No. 5996)
Dennis J. Butler (Bar No. 5981)
Keith A. Jones (Bar No. 7011)
Delaware Corporate Center
1 Righter Parkway, Suite 220
Wilmington, DE 19803
Telephone: (302) 394-6001
Facsimile:   (215) 965-1331
jsimmons@panitchlaw.com
dbutler@panitchlaw.com
kjones@panitchlaw.com

*Attorneys for Plaintiff ImmerVision, Inc.*